458 A.2d 1355

**TIOGA COAL COMPANY and Robert Forepaugh,**

v.

**SUPERMARKETS GENERAL CORPORATION, Appellant.**

Supreme Court of Pennsylvania.

Argued April 25, 1983.

Decided May 3, 1983.

Edward Greer, Philadelphia, for appellant.

Joseph J. Carlin, Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.